STATE OF NEW JERSEY v. CHARLES SIMON.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER L. RICHMOND.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM GEORGE HARAN.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY STRADFORD.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. THEOPHILUS MURCHISON.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY CAPONE.

September 20, 1976. Petition for certification denied.